Submitted on record and briefs April 29, convictions affirmed; sentences vacated;
remanded for resentencing June 15, 2005

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL JOSEPH MEYERRIECKS,
*Appellant.*

020532847; A120418

113 P3d 923

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Tammy W. Sun, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Linder, Presiding Judge, and Haselton* and Ortega, Judges.

PER CURIAM

Convictions affirmed; sentences vacated; remanded for resentencing. *State v. Perez,* 196 Or App 364, 102 P3d 705 (2004), *rev allowed,* 338 Or 488 (2005).

---

* Haselton, J., *vice* Richardson, S. J.